IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OLIVER ALDRIDGE, # 254561 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0054-BH-C |
| SUZETTE DAILEY, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state claim upon which relief can be granted.

**DONE** this 14th day of July, 2005.

                                                                                         s/ W. B. Hand
                                                                   SENIOR DISTRICT JUDGE